IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>   Plaintiff,<br><br>   v.<br><br>RENESAS TECHNOLOGY CORP.,<br>         -and-<br>RENESAS TECHNOLOGY AMERICA, INC.<br><br>   Defendants. | Civil Action No. 07-251 (SLR) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to approval of the Court, that:

The time for defendant Renesas Technology America, Inc., to answer, move or otherwise respond to the Complaint be extended to and including August 21, 2007 (the date by which Renesas Technology Corp. must answer, move or otherwise respond to the Complaint).

| FISH & RICHARDSON P.C. | BOUCHARD, MARGULES & FRIEDLANDER, P.A. |
|---|---|
| By: /s/ Timothy Devlin<br>   Timothy Devlin (#4241)<br>   919 N. Market Street, Suite 1100<br>   P.O. Box 1114<br>   Wilmington, DE  19801<br>   (302) 652-5070<br>   tdevlin@fr.com | By: /s/ John M. Seaman<br>   Andre G. Bouchard (#2504)<br>   John M. Seaman  (#3868)<br>   222 Delaware Avenue, Suite 1400<br>   Wilmington, DE 19801<br>   (302) 573-3500<br>   abouchard@bmf-law.com<br>   jseaman@bmf-law.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Michael J. McKeon<br>Brian R. Nester (#358 1)<br>Richard A. Sterba<br>Fish & Richardson P.C.<br>1425 K Street NW, Suite 1 100<br>Washington, D.C. 20005<br>(202) 783-5070 | Christopher E. Chalsen<br>Michael M. Murray<br>James R. Klaiber<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000 |
| *Attorneys for Plaintiff*<br>*Samsung Electronics Co. Ltd.* | *Attorneys for Defendants*<br>*Renesas Technology Corp. and*<br>*Renesas Technology America, Inc.* |

Dated: June 12, 2007

   IT IS SO ORDERED this ___ day of _____, 2007.

                  _____
                  United States District Judge