IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMSUNG ELECTRONICS CO., LTD.

    Plaintiff,

    v.

RENESAS TECHNOLOGY CORP.,
        -and-
RENESAS TECHNOLOGY AMERICA, INC.

    Defendants.

Civil Action Nos. 07-251 (SLR)

## DEFENDANTS RENESAS TECHNOLOGY CORP. AND RENESAS TECHNOLOGY AMERICA, INC.'S UNOPPOSED MOTION TO STAY

Defendants Renesas Technology Corp. and Renesas Technology America, Inc.

(together, "Renesas") hereby move to stay Civil Action No. 07-251-SLR until the

determination of ITC Investigation No. 337-TA-607 becomes final.

Renesas bases its motion on the supporting memorandum filed herewith.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

_/s/ John M. Seaman_
Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendants*
*Renesas Technology Corp. and*
*Renesas Technology America, Inc.*

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

DATED: June 18, 2007

## **RULE 7.1.1 STATEMENT**

Counsel for defendants has conferred with counsel for plaintiff regarding the

issues presented in this motion, and the motion is unopposed.

_/s/ John M. Seaman_
John M. Seaman (#3868)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | |
| Plaintiff, | |
| v. | Civil Action Nos. 07-251 (SLR) |
| RENESAS TECHNOLOGY CORP., -and- RENESAS TECHNOLOGY AMERICA, INC. | |
| Defendants. | |

**ORDER GRANTING DEFENDANTS RENESAS TECHNOLOGY CORP. AND
RENESAS TECHNOLOGY AMERICA, INC.'S UNOPPOSED MOTION TO STAY**

WHEREAS, the Court having considered the Motion to Stay of Defendants Renesas

Technology Corp. and Renesas Technology America, Inc. it is

HEREBY ORDERED that this Motion is GRANTED and that C.A. No. 07-251-SLR

shall be stayed until the determination in ITC Investigation No. 337-TA-607 becomes final.

SO ORDERED this _____ day of _____, 2007.


_____
Sue L. Robinson
United States District Judge

{BMF-W0055261.}

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on June 18, 2007, I caused to be electronically

filed a true and correct copy of the notice of the foregoing *Defendants Renesas Technology*

*Corp. and Renesas Technology America, Inc.'s Unopposed Motion to Stay* with the Clerk of

Court by CM/ECF which will send notification of such filing to the following counsel of record:

> Timothy Devlin, Esquire
> FISH & RICHARDSON, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19801

> */s/ John M. Seaman*
> John M. Seaman (#3868) [jseaman@bmf-law.com]
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> 302.573.3500

> *Attorneys for Defendants*
> *Renesas Technology Corp. and*
> *Renesas Technology America, Inc.*