IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>RENESAS TECHNOLOGY CORP.,<br>-and-<br>RENESAS TECHNOLOGY AMERICA, INC.<br><br>Defendants. | Civil Action Nos. 07-251 (SLR) |

**ORDER GRANTING DEFENDANTS RENESAS TECHNOLOGY CORP. AND RENESAS TECHNOLOGY AMERICA, INC.'S UNOPPOSED MOTION TO STAY**

WHEREAS, the Court having considered the Motion to Stay of Defendants Renesas Technology Corp. and Renesas Technology America, Inc. it is

HEREBY ORDERED that this Motion is GRANTED and that C.A. No. 07-251-SLR shall be stayed until the determination in ITC Investigation No. 337-TA-607 becomes final.

SO ORDERED this 20th day of June, 2007.

_____
Sue L. Robinson
United States District Judge

{BMF-W0055261.}