IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD.,<br><br>      Plaintiff,<br><br>      v.<br><br>RENESAS TECHNOLOGY CORP. and RENESAS TECHNOLOGY AMERICA, INC.<br><br>      Defendants. | C.A. No. 07-251 (SLR) |

## NOTICE AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Samsung Electronics Co., Ltd. ("Samsung") hereby files this notice of dismissal of the above captioned case against Renesas Technology Corporation and Renesas Technology America (collectively "Renesas") pursuant to a Settlement Agreement dated April 25, 2008. The dismissal of this action shall be with prejudice, with each party bearing its own costs and attorney's fees, and subject to the provisions, terms, and conditions of the Settlement Agreement.

FISH & RICHARDSON P.C.

By: */s/ Timothy Devlin*
    Timothy Devlin (#4241)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    (302) 652-5070
    tdevlin@fr.com

        OF COUNSEL:

        Michael J. McKeon
        Brian R. Nester
        Richard A. Sterba
        Fish & Richardson P.C.
        1425 K Street, Suite 1100
        Washington, DC  20005
        (202-783-5070

        Attorneys for Plaintiff
        SAMSUNG ELECTRONICS CO. LTD.

IT IS SO ORDERED this \_\_\_\_ day of _____, 2008.

                                          _____
                                                    United States District Judge

80058936.doc