AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>07cv251 | DATE FILED<br>5/4/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Samsung Electronics Co. Ltd. | | DEFENDANT<br>Renesas Technology Corp., et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,064,026 B2 | 6/20/06 | Samsung Electronics Co. Ltd. |
| 2 | US 5,613,162 | 3/18/97 | AST Research Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Case Closed 5-5-08 per Notice of Dismissal.
See Attached

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE 5-5-08<br>~~May 7, 2007~~ |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENESAS TECHNOLOGY CORP. and RENESAS TECHNOLOGY AMERICA, INC.<br><br>　　　　Defendants. | C.A. No. 07-251 (SLR) |

**NOTICE AND ORDER OF DISMISSAL**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Samsung Electronics Co., Ltd. ("Samsung") hereby files this notice of dismissal of the above captioned case against Renesas Technology Corporation and Renesas Technology America (collectively "Renesas") pursuant to a Settlement Agreement dated April 25, 2008. The dismissal of this action shall be with prejudice, with each party bearing its own costs and attorney's fees, and subject to the provisions, terms, and conditions of the Settlement Agreement.

　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.


　　　　　　　　　　　　　　　　　By: */s/ Timothy Devlin*
　　　　　　　　　　　　　　　　　　　Timothy Devlin (#4241)
　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1114
　　　　　　　　　　　　　　　　　　　(302) 652-5070
　　　　　　　　　　　　　　　　　　　tdevlin@fr.com

OF COUNSEL:

Michael J. McKeon
Brian R. Nester
Richard A. Sterba
Fish & Richardson P.C.
1425 K Street, Suite 1100
Washington, DC  20005
(202-783-5070

Attorneys for Plaintiff
SAMSUNG ELECTRONICS CO. LTD.

IT IS SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

80058936.doc